UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHREEDEVI VORA,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; KRISTIN ERICKSON, Principal of Manhattan Comprehensive Night and Day High School; and PAUL ROTONDO, Superintendent of Transfer High School,

                Defendants.

**ORDER**

22 Civ. 10891 (PGG)

---

PAUL G. GARDEPHE, United States District Judge:

    Plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education, Kristin Erickson, and Paul Rotondo.  Plaintiff is directed to serve the summons and complaint on each Defendant within ninety days of the issuance of the summonses.  If within those ninety days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Federal Rule of Civil Procedure 4(m) for failure to timely serve or Rule 41(b) for failure to prosecute.

Dated:  New York, New York
        January 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge