USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shreedevi Vora,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:22-cv-10891 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    On January 13, 2023, this case was referred to the Court's mediation program. (Mediation Referral Order, ECF No. 8.) In order to ensure the efficient allocation of Court resources, it is hereby Ordered that, no later than August 7, 2023, the parties shall file a joint letter indicating whether the parties wish to participate in mediation and the proposed timing of any such mediation.

**SO ORDERED.**

Dated:    New York, New York
           July 31, 2023

_____
STEWART D. AARON
United States Magistrate Judge