USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shreedevi Vora,

                         Plaintiff,

-against-

New York City Department of Education et al.,

                         Defendants.

1:22-cv-10891 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that Plaintiff shall file her opposition to Defendants' motion to dismiss the Amended Complaint (ECF No. 59) no later than February 13, 2025 and Defendants shall file any reply no later than February 27, 2025.

      Plaintiff is advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment.

      If a litigant has questions about the intake forms or needs to highlight an urgent deadline already disclosed in the forms, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in

Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Remote appointments are available Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         January 14, 2025

_____
STEWART D. AARON
United States Magistrate Judge